UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-02089-CAS-MAN | **\*\* JS-6\*\*** | Date | May 1, 2015 |
|---|---|---|---|---|
| Title | FRANK A. JAMES V. MAXIME COOKS TOWNSEND, ET AL. | | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| PATRICIA GOMEZ | Not Present | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| N/A | | N/A | |

**Proceedings:**   (In Chambers) ORDER REMANDING ACTION TO THE LOS ANGELES COUNTY SUPERIOR COURT AND VACATING HEARING ON PENDING MOTION TO REMAND

**I.   INTRODUCTION**

On January 30, 2015, plaintiff Frank A. James filed a complaint for unlawful detainer in the Los Angeles County Superior Court against defendant Maxime Cooks Townsend and Does 1 through 10 for possession of the real property located at 4267 Marina City Drive #610 WTS, Marina Del Rey, California 90292.  On March 20, 2015, defendant removed the action to this Court for the stated reason of federal question jurisdiction under the Protecting Tenants at Foreclosure Act of 2009, 12 U.S.C. § 5201 ("PTFA").  Dkt. No. 1.

On April 20, 2015, the Court issued an order to show cause explaining that federal question jurisdiction appeared to be lacking because defendant removed the action on the basis of a purported federal <u>defense</u>, which does not give rise to federal jurisdiction under the "well-pleaded complaint" rule.  Dkt. No. 6; <u>see</u> <u>Caterpillar Inc. v. Williams</u>, 482 U.S. 386, 392 (1987) (setting forth the well-pleaded complaint rule); <u>California Equity Mgmt., Grp., Inc. v. Hammer</u>, No. 1:12-cv-01204-AWI-BAM, 2012 WL 3069954, at \*2 (E.D. Cal. July 26, 2012) (remanding an unlawful detainer action to state court and rejecting argument that the PTFA governed the action).  This order directed defendant to show why the Court has subject matter jurisdiction over the action no later than April 27, 2015. On April 24, 2015, plaintiff filed a motion to remand this case to the Superior Court. Dkt. No. 7.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:15-cv-02089-CAS-MAN | \*\* **JS-6**\*\* | Date | May 1, 2015 |
|---|---|---|---|---|
| Title | FRANK A. JAMES V. MAXIME COOKS TOWNSEND, ET AL. | | | |

As of this date, defendant has not filed a response to the order to show cause. Therefore, for the reasons set forth in the Court's prior order, this action is hereby **REMANDED** to the Los Angeles County Superior Court.  See 28 U.S.C. § 1447(c) ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded.").  Because plaintiff's pending motion to remand is now moot, the Court **VACATES** the hearing currently scheduled for June 1, 2015.

IT IS SO ORDERED

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | | PG | |